IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

BLISS H. GREEN,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 6:17-cv-00128-JR
**ORDER**

AIKEN, District Judge:

Magistrate Judge Russo filed her Findings and Recommendation ("F&R") on 6/28/2017. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982).

The deadline for filing objections to the F&R was 7/12/2017. Though the record indicates that plaintiff's objections were filed by the Clerk on 7/17/2017, the objections are dated

PAGE 1 –ORDER

by plaintiff as 7/10/2017. I chose to construe the objections as timely and thus review the F&R *de novo*.

I find no error and concur with Magistrate Judge Russo's thorough analysis of the factual and legal issues in this case.

Therefore, I adopt Magistrate Judge Russo's F&R (doc. 20) in its entirety. Defendant's motion to dismiss (doc. 12) is GRANTED, and all of plaintiff's remaining motions (docs. 14, 23, 24, 25, 26, 27) are DENIED as moot.

IT IS SO ORDERED.

Dated this 25th day of August, 2017.

_Ann Aiken_
Ann Aiken
United States District Judge